■ KATHLEEN LANGTON, Respondent, v JAY W. LANGTON, Appellant.—Appeal from an order of the Supreme Court (Rose, J.), entered November 4, 1991 in Tioga County, which partially granted defendant's motion for modification of his maintenance obligation.

Order affirmed, with costs, upon the opinion of Justice Robert S. Rose.

Weiss, P. J., Mikoll, Yesawich Jr., Casey and Crew III, JJ., concur. Ordered that the order is affirmed, with costs.